### 24851. SMITH *v.* THE STATE.

BROYLES, C. J. The evidence authorized the defendant's conviction of the offense charged (possessing whisky), and the court did not err in overruling the motion for a new trial, which included the usual general grounds only.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*
DECIDED MAY 24, 1935.

*Paul H. Field,* for plaintiff in error.
*J. F. Kelly, solicitor-general, J. R. Rosser,* contra.